# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADRIAN KING,

       Plaintiff,

v.                                        Case No:   6:25-cv-1757-PGB-LHP

RREMC RESTAURANTS LLC,

       Defendant

## ORDER

Before the Court is Defendant's Motion to Dismiss Amended Complaint, which motion has been referred to the undersigned.  Doc. No. 18.  According to the Local Rule 3.01(g) certification, "the Movant is unable to ascertain the opposing party's amenability to all or any part of the motion."  *Id.* at 8.  Accordingly, the Court considers the requirements of Local Rule 3.01(g)(3) to apply.  Because Defendant has not timely supplemented the certification, however, the motion (Doc. No. 18) will be **DENIED without prejudice**.  *See* Local Rule 3.01(g)(3) (failure to supplement can result in the denial of a motion without prejudice).

Defendant shall file a renewed motion in full compliance with the Local Rules, or alternatively file an answer to the complaint, within **seven (7) days** of date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on November 5, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record